752 A.2d 1289

SERAFINA MOORE, ET AL., PLAINTIFFS, v. PRITER N. NAYER, ET AL., DEFENDANTS, AND LEONEL ANAZCO, ET AL., DEFENDANTS AND THIRD–PARTY PLAINTIFFS–APPELLANTS, v. OLD DOMINION FREIGHT LINE, INC., DEFENDANT–RESPONDENT, AND VANLINER INSURANCE COMPANY, THIRD–PARTY DEFENDANT–RESPONDENT, AND ZURICH INSURANCE COMPANY, THIRD–PARTY DEFENDANT.

May 16, 2000.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.